UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. 6:21-mj-00021-HBK-1 |
|---|---|
| v. | DEADLINE FOR MOTIONS *IN LIMINE* **October 10, 2022** |
| BRIAN RODRIGUEZ, | BENCH TRIAL **October 24, 2022 at 10:00AM** |
| | ORDER REVOKING RULE 43 WAIVER |
| | ORDER TO SHOW CAUSE |
| | FOURTEEN-DAY RESPONSE PERIOD |

Defendant, Brian Rodriguez ("Defendant" or "Mr. Rodriguez") is charged in a complaint with one count of violating 18 U.S.C. §113(a)(5). (Doc. No. 1). The procedural history of this case is fraught with various issues by defense counsel failing to abide by the Court's Local Rules and Orders. The Court's June 8, 2022 Order to Show Cause (Doc. No. 8) details that history.

On June 28, 2022, a status conference was held on Mr. Rodriguez's case. Ms. Henderson appeared at the status conference as counsel for Mr. Rodriguez. (Doc. No. 10). Ms. Henderson also filed a notice of appearance and responded to the Court's June 8, 2022 Order to Show Cause. (*See* Doc. Nos. 8, 11, 12). As a result, the Court discharged its June 8, 2022 Order to Show Cause. (Doc. No. 10). At the June 28, 2022 status conference, the Court scheduled the case for a

final status conference for July 26, 2022 at 10:00 a.m. in Yosemite.  (Doc. No. 10).

On the morning of July 26, 2022, the Court's Courtroom Deputy received an email from Ms. Henderson's office requesting the Court to hold the status conference by Zoom due to Ms. Henderson's need to isolate.  The Court agreed to convert the in-person hearing to a Zoom hearing.  The Court called Mr. Rodriguez's case at 10:10 a.m. via Zoom but Ms. Henderson failed to appear.  Ms. Henderson did not provide notice to the Court that she would be unavailable for the July 26, 2022 hearing.  Counsel for the government advised that a plea agreement was forwarded to defense counsel but counsel but the plea had not been accepted.  Thus, the Court sets this case for trial.

The Court is authorized to impose sanctions on counsel for failure to comply with the local rules or any court order.  L.R. 110 (E.D. Cal. 2022).  The Court ordered that counsel appear at the final status conference which was made known to Ms. Henderson on June 28, 2022.  (*See* Doc. No. 10).  The Court again will require defense counsel to show cause why appropriate sanctions should not be imposed for counsel's failure to appear at the final status conference or otherwise advise the Court of her inability to appear and seek a continuance.

Accordingly, it is hereby **ORDERED**:

1. Within **fourteen (14)** days from the date of this Order, counsel must show cause as to why the Court should not impose sanctions as authorized by Local Rule 110.

2. The Court revokes Defendant's Fed. R. Crim. P. 43 waiver.  The Clerk of Court shall mail a copy of this Order and the docket sheet to Defendant Rodriguez at the address of record as provided on the Summons (Doc. No. 2).

3. The case is set for trial on **October 24, 2022 at 10:00 a.m. in Yosemite**.  Any motions *in limine* must be filed no later than **October 10, 2022**.

Dated:   July 28, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2