UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:21-mj-000210HBK-1 |
|---|---|
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | JANUARY 11, 2023 at 10:00 AM |
| BRIAN RODRIGUEZ, | |
| Defendant. | |

This matter comes before the Court upon periodic review of the file. On July 26, 2022, the Court held a final status conference in the instant action and Ms. Dennise Henderson, Defense Counsel, did not appear. (Doc. No. 13). On July 29, 2022, the Court issued an Order to Show Cause revoking Defendant's Fed. R. Crim. P. 43 waiver and ordering Ms. Henderson, to show cause why the Court should not impose sanctions. (Doc. No. 14). Ms. Henderson was ordered to respond within fourteen days, but she failed to comply with the July 29, 2022 Order. (*Id*.); *see also* docket. As a result, the Court issued an order imposing a daily monetary sanction of $50.00 for each day that Ms. Henderson failed to respond to the Court's July 29, 2022 Order to Show Cause. (Doc. No. 15). Further, given Ms. Henderson's failure to appear, the Government filed a motion to vacate the Court's October 24, 2022 trial date, which the Court granted. (Doc. Nos. 16, 17). As of the date of this Order, Ms. Henderson has failed to respond to the Court's July 29, 2022 Order to Show Cause or otherwise contact the Court to schedule this matter for a hearing.

Accordingly, it is **ORDERED**:

1. The Court sets the instant action for a status conference for **Wednesday, January 11, 2023 at 10:00 a.m**. in Yosemite.

2. Dennise Henderson, counsel for Defendant, shall appear in person at the status conference and should be prepared to address why the Court should not order further sanctions, in addition to the current monetary sanctions, for her continuing failure to respond to the Court's July 29, 2022 Show Cause Order.

3. The Clerk of Court shall mail and email a copy of this Order to Defendant Rodriguez at the address of record as provided on the Summons (Doc. No. 2). **The Court having withdrawn the Rule 43 waive orders Defendant Rodriguez to personally appear at the January 11, 2023 status conference.**

Dated:     December 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE